## Nushon Abrahamian, Appellee, v. Nickel Plate Railroad Company, Appellant.

**Gen. No. 45,179.**

Winston, Strawn, Shaw & Black, for appellants; Douglas C. Moir, Neil McKay, and Edward J. Wendrow, of counsel; Richard G. Finn, and Irving N. Stenn, for appellee. Opinion by JUSTICE SCANLAN. Not to be published in full. Opinion filed May 16, 1951; released for publication May 28, 1951.